901 A.2d 494

**Raymond J. BRITTON, Jr., Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 18, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.